IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 24 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02387-BNB

BERNARD GOINES,

    Petitioner,

v.

R. WILEY,
LAWRENCE LEYBA,
MICHAEL K. NALLEY, and
UNITED STATES OF AMERICA

    Respondents.

## ORDER DIRECTING PETITIONER TO FILE PLEADING ON A COURT-APPROVED FORM

Petitioner Bernard Goines is a prisoner in the custody of the United States Bureau of Prisons and currently is incarcerated at Florence ADX. Mr. Goines initiated this action by filing a *pro se* "Petitioner's Motion for Writ of Mandamus Under 28 U.S.C. § Section 1361." Although Petitioner refers to the document as a motion, and the Clerk of the Court has docketed the filing as a motion, the filing is an action in the nature of a mandamus, because Mr. Goines seeks to compel a United States employee or officer to perform a duty that he believes is owed to him. The Clerk of the Court, therefore, will be directed to correct the Docket.

Upon review of the Petition, the Court finds that Mr. Goines has failed to submit the Petition on a Court-approved Prisoner Complaint form required by the Court. Therefore, the Court will direct Mr. Goines to submit his claims on a Court-approved

form. As for Mr. Goines' Motion to Supplement, the Motion will be denied as moot. Mr. Goines may include the additional claims when he files his claims on a Court-approved form. Accordingly, it is

ORDERED that the Clerk of the Court shall amend the Docket to identify the Petition for Writ of Mandamus simply as a civil complaint and not as a motion. It is

FURTHER ORDERED that Mr. Goines file **within thirty (30) days from the date of this Order** an amended pleading that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Goines, together with a copy of this Order, two copies of a Prisoner Complaint form. It is

FURTHER ORDERED that if Mr. Goines fails within the time allowed to file an amended pleading that complies with this Order to the Court's satisfaction the action will be dismissed without further notice. It is

FURTHER ORDERED that Mr. Goines' "Motion to Supplement the Writ of Mandamus Under 28 U.S.C. § 1361," filed January 19, 2006, is denied as moot.

DATED at Denver, Colorado, this 23rd day of January, 2006.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02387-OES

Bernard Goines
Prisoner No. 02720-089
ADX – Florence
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** and two copies of **Prisoner Complaint** to the above-named individuals on 1/24/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk