IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02387-WYD-MEH

BERNARD GOINES,

      Plaintiff,

v.

R. WILEY (Warden);
LAWRENCE LEYBA;
MICHAEL K. NALLEY; and
UNITED STATES OF AMERICA,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 8, 2006.**

      Defendant's Motion to Strike Docket No. 28 [Filed August 7, 2006; Docket #30] is **granted**. Accordingly, Defendants' Motion for Order to Take Deposition of Plaintiff Bernard Goines Pursuant to Fed. R. Civ. P. 30(a)(1) [sic] [Filed August 2, 2006; Docket #28] is **stricken**.