IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02387-WYD-MEH

BERNARD GOINES,

      Plaintiff,

v.

R. WILEY (Warden);
LAWRENCE LEYBA;
MICHAEL K. NALLEY; and
UNITED STATES OF AMERICA,

      Defendants.
_____

## ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**

      Before the Court is Defendants' Unopposed Motion for Order to Take Deposition of Plaintiff Bernard Goines Pursuant to Fed. R. Civ. P. 30(a)(1) [sic] [Docket #33]. Pursuant to Rule 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is in the custody of the Federal Bureau of Prisons incarcerated at the Administrative Maximum (ADX) Facility located in Florence, Colorado.

      Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion, and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

      Accordingly, Defendants' Motion for Order to Take Deposition of Plaintiff Bernard Goines Pursuant to Fed. R. Civ. P. 30(a)(1) [sic] [Filed August 24, 2006; Docket #33] is **granted**. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of the

deposition.

Dated at Denver, Colorado this 25th day of August, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge