IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02387-WYD-MEH

BERNARD GOINES,

    Plaintiff(s),

v.

R. WILEY (Warden);
LAWRENCE LEYBA;
MICHAEL K. NALLEY; and
UNITED STATES OF AMERICA,

    Defendant(s).

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court in connection with Defendant's Motion to Dismiss [# 24], filed May 4, 2006.  This motion was referred to Magistrate Judge Michael E. Hegarty for a recommendation by Order of Reference dated May 8, 2006. Magistrate Judge Hegarty issued a Recommendation on October 25, 2006, that the above referenced motion be granted in part and denied in part.  Recommendation at 1. The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. Recommendation at 10.  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Hegarty is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motion should be granted in part and denied in part. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Hegarty [# 36] dated October 25, 2006, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that Defendants' Motion to Dismiss [# 24], filed May 4, 2006, is **GRANTED IN PART AND DENIED IN PART.** It is

FURTHER ORDERED: (1) that Plaintiff's claim under the Mandamus Act be **DISMISSED**; (2) that the United States of America be **DISMISSED** as a named Defendant; (3) that Defendant Nalley be **DISMISSED** both in his individual and official capacities and (4) that Defendants Leyba and Wiley be **DISMISSED** in their individual capacities. It is

FURTHER ORDERED that the only claims to remain in this lawsuit are Plaintiff's Eighth Amendment claims for injunctive relief against Defendants Leyba and Wiley in their official capacities.

Dated: January 22, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge