IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02387-WYD-MEH

BERNARD GOINES,

      Plaintiff(s),

v.

R. WILEY (Warden);
LAWRENCE LEYBA;
MICHAEL K. NALLEY; and
UNITED STATES OF AMERICA,

      Defendant(s).

---

## ORDER

---

THIS MATTER comes before the Court upon review of the file.  The Judgment [# 46], entered January 24, 2007, should be STRICKEN because all of the claims are not resolved.  Pursuant to my Order [# 45], dated January 22, 2007, I dismissed all claims except Plaintiff's Eighth Amendment claims for injunctive relief against Defendants Leyba and Wiley in their official capacities.  The Clerk's Office mistakenly entered a Judgment that was broader than my underlying Order.  Accordingly, it is

ORDERED that the Judgment [# 46], entered January 24, 2007, is hereby **STRICKEN**.  It is

FURTHER ORDERED that Plaintiff's Eighth Amendment claims for injunctive relief against Defendants Leyba and Wiley in their official capacities shall remain and should be restored to active status.

Dated:  January 25, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge