IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02387-WYD-MEH

BERNARD GOINES,

    Plaintiff,

v.

R. WILEY (Warden), in his official capacity, and
LAWRENCE LEYBA, in his official capacity,

    Defendants.

## ORDER ON APPOINTMENT OF COUNSEL

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Plaintiff previously requested that he be appointed counsel in this matter. Dock. #37. The Court denied the motion at that time without prejudice due to the pending Recommendation in this case. Dock. #41. District Judge Wiley Y. Daniel has now adopted the Recommendation, leaving Plaintiff's Eighth Amendment claims against Defendants Wiley and Leyba in their official capacities pending in this lawsuit. Dock. #45. Based on the current status of this lawsuit, the Court will *sua sponte* direct that this case be placed on the volunteer list. However, Plaintiff should be cautioned that he does not have a constitutional right to counsel, *see Smith v. Secretary of N.M. Dep't of Corrections*, 50 F.3d 801, 821 n. 29 (10th Cir. 1995) (the right to counsel guaranteed under the Sixth Amendment applies only to criminal proceedings), and the Court cannot appoint an attorney over his or her objection, *Mallard v. United States District Court for the Southern Dist. of Iowa*, 490 U.S. 296, 310 (1989). Placement of Plaintiff's name on the Court's volunteer counsel list does not guarantee that an attorney will volunteer to undertake representation of this case. Therefore, unless

and until an attorney voluntarily selects Plaintiff's case from the list of *pro se* cases, and agrees to undertake representation on a volunteer basis, the Court can do no more in this regard. Because of the uncertainty as to whether counsel will be found to undertake representation of the Plaintiff, the Court cannot stay the case during the time the file is on the volunteer counsel list.

Accordingly, based on the foregoing and the entire record herein, it is hereby **ORDERED** that Plaintiff's case be placed on the list of *pro se* cases for which the Court is seeking volunteer counsel maintained by the CJA/Pro Se Division of the Clerk's Office.

Dated at Denver, Colorado, this 25th day of January, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge