IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02387-WYD-MEH

BERNARD GOINES,

    Plaintiff,

v.

R. WILEY,
LAWRENCE LEYBA,
MICHAEL K. NALLEY, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a) [# 68], filed May 4, 2007.  After carefully reviewing the above-captioned case and being fully advised in its premises, I find that this stipulation should be APPROVED.  Accordingly, it is

    ORDERED that the Stipulated Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a) [# 68] is **GRANTED**.  It is

    FURTHER ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**, each side to pay its own costs and attorney fees.

    Dated:  May 8, 2007

                                                   BY THE COURT:

                                                   s/ Wiley Y. Daniel
                                                   Wiley Y. Daniel

U. S. District Judge